IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

FILED
OCT 7 2019
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) DOCKET NO. 4:19-MJ-161 |
| | ) (Misdemeanor) |
| LUCILLE ARCANGEL | ) VA 19 |
| | ) |
| | ) Court Date: October 21, 2019 |
| | ) Time: 8:30 a.m. |

## CRIMINAL INFORMATION

### COUNT ONE
(Misdemeanor) Ticket No.8092004

THE UNITED STATES ATTORNEY CHARGES:

That on or about August 16, 2019 at Fort Eustis, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction of this court, in the Eastern District of Virginia, LUCILLE ARCANGEL did unlawfully assault Clark Masungson by striking and kicking the said Clark Masungsong on the neck and leg with her hands and feet. (In violation of Title 18 United States Code, Section 113(a)(4).

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _____
STACEY N. JACOVETTI
Attorney for the Government
United States Attorney's Office
2732 Madison Avenue
Fort Eustis, Virginia 23604
Phone: (757) 878-2205, ext 234
Fax: (757) 878-5289
stacey.n.jacovetti.mil@mail.mil

## CERTIFICATE OF SERVICE

I certify that on 7 oct , 2019, I served a true copy of the foregoing CRIMINAL INFORMATION on the defendant LUCILLE ARCANGEL.

*[signature]*

STACEY N. JACOVETTI
Attorney for the Government
United States Attorney's Office
2732 Madison Avenue
Fort Eustis, Virginia 23604
Phone: (757) 878-2205, ext 234
Fax: (757) 878-5289
stacey.n.jacovetti.mil@mail.mil